UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DAVID PENTECOST,**

    **Petitioner,**

v.                                    **Case No.  3:13cv166/MCR/CJK**

**MICHAEL D. CREWS,**

    **Respondent.**
_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 27, 2014.  (Doc. 17).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court has made a *de novo* determination of those portions to which a timely objection has been made.[1]

    Having considered the Report and Recommendation and all objections thereto timely filed, the Court has determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The Magistrate Judge's Report and Recommendation (doc. 17) is adopted and incorporated by reference in this order.

    2.  Respondent's motion to dismiss (doc. 13) is **GRANTED**.

    3.  The petition for writ of habeas corpus (doc. 1), challenging petitioner's judgment

---

[1] No timely objections have been filed.

of conviction and sentence in *State of Florida v. David Duane Pentecost* in the Circuit Court for Escambia County, Florida, Case No. 87-93, is **DISMISSED WITH PREJUDICE**.

    4.  The Clerk is directed to close the file.

    5.  A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 30th day of April, 2014.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**